# Court of Appeals
# of the State of Georgia

ATLANTA,  March 19, 2014

*The Court of Appeals hereby passes the following order:*

**A13A2465. DOCO CREDIT UNION f/k/a DOCO REGIONAL FEDERAL CREDIT UNION v. WILLIAM CHAMBERS et al.**

DOCO Regional Federal Credit Union filed a quiet title action against William Chambers, Jr. and a number of other individuals and trusts. DOCO claimed it is the rightful owner and/or holder of a security interest in eight tracts of real property located in Lee County, Georgia. After the trial court dismissed the complaint, DOCO appealed to this Court. Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land. Because this appeal involves title to land, jurisdiction appears to lie in the Supreme Court. See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004). Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 03/19/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*